## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 5:25-cv-03184-DOC-JDE                           Date:  December 9, 2025

Title: Xiaoman Ding v. James Janecka et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Maria Barr for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER ENTERING PRELIMINARY INJUNCTION**

On November 28, 2025 this Court issued an Order Granting Petitioner's Ex Parte Application for a Temporary Restraining Order (the "TRO") (Dkt. 5) and set a hearing on a preliminary injunction for December 8, 2025. Petitioner filed her Response on December 4, 2025 (Dkt. 7) and Respondents filed their response on December 5, 2025 (Dkt. 8).

"The standard for issuing a temporary restraining order is identical to the standard for issuing a preliminary injunction." *Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp. 1320, 1323 (N.D. Cal. 1995). In issuing the TRO, the Court found that Petitioner made a sufficient showing under each of the *Winter* factors. *See generally* TRO; *see Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). The Court sees no reason to depart from its previous analysis and incorporates that analysis herein.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-03184-DOC-JDE                    Date: December 9, 2025

Page 2

Here the relief sought follows naturally from the TRO. Furthermore, at the hearing Petitioner's counsel relayed that due to Petitioner's brain tumor, see Application, Ex. B (Dkt. 4-3),[1] she could be harmed by exposure effects emitting from an ankle monitor.

Accordingly, this Court **GRANTS A PRELIMINARY INJUNCTION** for the same reasons as stated in the TRO**.** Respondents are enjoined from:

1. placing restrictions on Petitioner's liberty outside those imposed by the Immigration Judge in the bond hearing, including no more restrictions on release than the $20,000 bond imposed by the Immigration Judge at the December 5, 2025 bond hearing;
2. from imposing or forcing Petitioner to wear an ankle monitor; and
3. transferring, relocating, or removing Petitioner from the Central District of California without further order of the Court and pending final resolution of this litigation.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk:
                                                                                      mba

CIVIL-GEN

---

[1] "Ms. Ding underwent a noncontrast MRI in 2023 for progressive headaches which demonstrated a 11 mm x 13mm x 11 mm sellar lesion suspicious for pituitary adenoma." TRO, Ex. B (Dkt. 4-3).