UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| XIAOMAN DING,<br><br>    Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>    Respondents. | Case No. 5:25-cv-03184-DOC-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody under 28 U.S.C. § 2241 (Dkt. 1, "Petition") by Xiaoman Ding ("Petitioner"), the Court's orders granting a temporary restraining order and preliminary injunction (Dkt. 5, 10), the Answer to the Petition (Dkt. 18), the Traverse (Dkt. 19), and the Report and Recommendation of the assigned magistrate judge (Dkt. 21, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT the Petition is granted, in part, on the procedural due process claim only, as follows. Respondents are: (1) enjoined from placing restrictions on Petitioner's liberty outside those imposed

by the Immigration Judge at the December 5, 2025 bond hearing, including imposing or forcing Petitioner to wear an ankle monitor, as set forth in the December 9, 2025 Order; and (2) enjoined and restrained from re-detaining Petitioner without notice and an opportunity to be heard with any future enforcement actions conducted in compliance with the December 5, 2025 bond conditions, the United States Constitution, and all applicable federal laws, regulations, and procedures. In all other respects, the Petition is denied without prejudice as moot.

      IT IS SO ORDERED.

Dated: March 13, 2026

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge